IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OCIMUM BIOSOLUTIONS (INDIA) LIMITED and Don A. Beskrone, Chapter 7 Trustee of OCIMUM BIOSOLUTIONS INC.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>LG CHEMICAL LTD., ABION, INC. and GENCURIX, INC.,<br><br>　　　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 19-2227 (MN) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

At Wilmington, this 4th day of January 2022:

WHEREAS, on December 13, 2021, Magistrate Judge Burke issued an Oral Report and Recommendation ("the Report") (D.I. 88) in this action recommending that the Court grant Defendants' Motion to Strike Second Amended Complaint (D.I. 81); and

WHEREAS, no party filed objections to the Report pursuant to Rule 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record;

THEREFORE, IT IS HEREBY ORDERED, that the Oral Report and Recommendation is ADOPTED.  Defendants' Motion to Strike Second Amended Complaint (D.I. 81) is GRANTED and the Second Amended Complaint filed at D.I. 72 is STRICKEN.

　　　　　　　　　　　　　　　　　　　　　　　_/s/ Maryellen Noreika_
　　　　　　　　　　　　　　　　　　　　　　　The Honorable Maryellen Noreika
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge