# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OCIMUM BIOSOLUTIONS (INDIA) LIMITED AND DON A. BESKRONE, CHAPTER 7 TRUSTEE OF OCIMUM BIOSOLUTIONS INC., | ) ) ) ) |
| | ) C.A. No. 19-2227-JHS |
| Plaintiffs, | ) **JURY TRIAL DEMANDED** |
| v. | ) ) |
| LG CHEM, LTD, ABION, INC. and GENCURIX, INC., | ) ) ) |
| Defendants. | ) ) |

## STIPULATION AND ORDER

WHEREAS the parties require additional time to confer regarding a proposed protective order.

IT IS HEREBY STIPULATED by and among the parties, subject to the approval of the Court, that the deadline for the parties to either submit a joint proposed protective order or submit their respective counter proposed protective orders, highlighting the areas of disagreement, for the Court's consideration is further extended from December 6, 2024 to and including January 7, 2025.

CROSS & SIMON, LLC

*/s/ Kevin S. Mann*
Christopher P. Simon (No. 3697)
Kevin S. Mann (No. 4576)
1105 North Market Street, Suite 901
P.O. Box 1380
Wilmington, Delaware 19899-1380
302-777-4200
csimon@crosslaw.com
kmann@crosslaw.com

HEYMAN ENERIO GATTUSO & HIRZEL LLP

*/s/ Dominick T. Gattuso*
Dominick T. Gattuso (#3630)
300 Delaware Ave., Suite 200
Wilmington, DE 19801
(302) 472-7311
dgattuso@hegh.law

| | |
|---|---|
| OF COUNSEL: | OF COUNSEL: |
| C. Edward Polk, Jr.<br>Polk Law PLLC<br>43252 Hattontown Woods Terrace,<br>Ashburn, Virginia 20148<br>703-989-5397<br>epolk@polklawpllc.com | HARNESS, DICKEY & PIERCE, PLC<br>Kisuk Lee<br>Joel R. Samuels<br>7700 Bonhome, Suite 400<br>St. Louis, MO 63105<br>(248) 641-1600<br>(248) 641-0270 Fax |
| Satish Chintapalli<br>CHINTAPALLI LAW FIRM, PLLC<br>150 Wrenn Drive, #1081<br>Cary, NC 27511<br>919-443-5504<br>satish@chintapallilaw.com | jsamuels@harnessip.com<br><br>HARNESS, DICKEY & PIERCE, PLC<br>Keith P. Driscoll<br>5445 Corporate Drive, Ste. 200<br>Troy, MI 48088<br>(248) 641-1600<br>(248) 641-0270 Fax<br>kdriscoll@harnessip.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants Abion, Inc. and Gencurix, Inc.* |

POTTER ANDERSON & CORROON LLP

By: */s/ David E. Moore*
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com

Dated: December 6, 2024
1191560 / 20212.00002

*Attorneys for Defendant LG Chem, Ltd.*

SO ORDERED this ____ day of December 2024.

_____
The Honorable Joel H. Slomsky