# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OCIMUM BIOSOLUTIONS (INDIA) LIMITED, and Don A. Beskrone, Chapter 7 Trustee of OCIMUM BIOSOLUTIONS INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>LG CHEMICAL LTD, ABION, INC. and GENCURIX, INC.,<br><br>    Defendants. | C. A. No. 1:19-cv-02227-JHS<br><br>**DEMAND FOR JURY TRIAL** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 27, 2025, Plaintiffs served *Plaintiffs' Second Set of Interrogatories to LG Chemical Ltd. (Nos. 5-20)* on the following counsel of record, via electronic mail:

Jamaica Potts Szeliga, Esq.
jszeliga@potomaclaw.com

Elissa Brockbank Reese, Esq.
ereese@potomaclaw.com

Susan Metcalfe, Esq.
smetcalfe@potomaclaw.com

Eliza Hall, Esq.
ehall@potomaclaw.com

David E. Moore, Esq.
dmoore@potteranderson.com

Bindu A. Palapura, Esq.
bpalapura@potteranderson.com

Dated: September 5, 2025

<table>
<tr><td>

*Of counsel*
C. Edward Polk, Jr.
Polk Law PLLC
43252 Hattontown Woods Terrace
Ashburn, Virginia 20148
703-989-5397
epolk@polklawpllc.com

Satish Chintapalli
CHINTAPALLI LAW FIRM, PLLC
150 Wrenn Drive, #1081
Cary, NC 27511
919-443-5504
(888) 316-9071 (fax)
satish@chintapallilaw.com

</td><td>

**CROSS & SIMON, LLC**

/s/ Kevin S. Mann
Christopher P. Simon (No. 3697)
Kevin S. Mann (No. 4576)
1105 North Market Street, Suite 901
Wilmington, Delaware  19801
302-777-4200
csimon@crosslaw.com
kmann@crosslaw.com

*Attorneys for Plaintiffs*

</td></tr>
</table>