## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| OCIMUM BIOSOLUTIONS (INDIA) LIMITED AND DON A. BESKRONE, CHAPTER 7 TRUSTEE OF OCIMUM BIOSOLUTIONS INC., | ) ) ) ) ) | ▄▄▄▄▄▄▄▄▄▄▄▄▄▄ |
| Plaintiffs, | ) ) |  |
| v. | ) ) | C.A. No. 19-CV-2227 (JHS) |
| LG CHEMICAL LTD, ABION, INC. and GENCURIX, INC., | ) ) ) ) | |
| Defendants. | ) | |

### PLAINTIFFS' FIRST AMENDED NOTICE OF 30(b)(6)
### DEPOSITION TO DEFENDANT LG CHEMICAL LIMITED

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30(b)(6), Plaintiff Ocimum

Biosolutions (India) Limited and Don A. Beskrone, Chapter 7 Trustee of Ocimum Biosolutions,

Inc. (collectively, "Ocimum") will take the deposition upon oral examination of LG Chemical

Limited ("LGC") through one or more officers, directors, managing agents, or persons who

consent to testify on their behalf with respect to the topics for examination listed on Schedule A

attached hereto.

The deposition will take place between March 10-14, 2026 at the Hotel Indigo Taipei

North, No. 200, Zhifu Rd., Zhongshan, Taipei, 10466, Taiwan before a court reporter,

videographer, notary public, or other person authorized by law to administer oaths or persons

agreed upon by the parties. The deposition will begin at 9am each day.

Ocimum requests that LGC identify in writing at least 21 days in advance of the deposition

the name(s) and title(s) of the person(s) who will testify on its behalf and the subject matters on

Docket No. 307
Date Filed: 2/6/2026

which each person will testify. The deposition may be recorded by any means permitted under the Federal Rules of Civil Procedure, including videotaping and stenographic recording. You are invited to attend and cross-examine.

Date: February 6, 2026

*Of counsel*
C. Edward Polk, Jr.
Polk Law PLLC
43252 Hattontown Woods Terrace
Ashburn, Virginia 20148
703-989-5397
epolk@polkiplaw.com

Satish Chintapalli
CHINTAPALLI LAW FIRM, PLLC
150 Wrenn Drive, #1081
Cary, NC 27511
919-618-6294
satish@chintapallilaw.com

**CROSS & SIMON, LLC**

*/s/ Kevin S. Mann*
Christopher P. Simon (No. 3697)
Kevin S. Mann (No. 4576)
1105 North Market Street, Suite 901
Wilmington, Delaware 19801
302-777-4200
csimon@crosslaw.com
kmann@crosslaw.com

*Attorneys for Plaintiffs*

2

## SCHEDULE A

### Definitions

1.      The "2000 Agreement" means the document titled "Target Discovery and GeneExpress™ Product Access Agreement Between Gene Logic Inc. and LG Chemical Ltd." dated October 15, 2000 and attached as Exhibit 1 to Defendants' opening brief in support of its motion to dismiss dated March 25, 2020 [Docket No. 20].

2.      The terms "and" and "or" shall be construed conjunctively or disjunctively as necessary to make the interrogatory inclusive rather than exclusive.

3.      The term "Base Information,"



4.      "Communication" means any form of written, electronic, or oral communication.

5.      "Copy" or "copies" means any reproduction, regardless of the extent or mechanism of reproduction.

6.      The term "Discoverable Information" means information that is relevant to Ocimum's claims and LGC's defenses pursuant to Fed. R. Civ. 26(b)(1) ("Unless otherwise limited by court order, the scope of discovery is as follows: Parties may obtain discovery regarding any nonprivileged matter that is relevant to any party's claim or defense and proportional to the

needs of the case, considering the importance of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs its likely benefit. Information within this scope of discovery need not be admissible in evidence to be discoverable.").

7.      "Documents" shall be used in a comprehensive sense as contemplated by the Civil Rules for the U.S. District Court for the District of Delaware and shall mean any kind of material, whether written, recorded, microfilmed, microfiched, photographed, computerized, reduced to an electronic or magnetic impulse, or otherwise preserved or rendered and, including, but not limited to, papers, agreements, notes, memoranda, electronic or computer-transmitted messages viewed via monitor, correspondence, letters, e-mails, facsimile transitions, statements, invoices, record books, reports, studies, analyses, minutes, working papers, charts, graphs, drawings, calendars, appointment books, diaries, indices, summaries and/or notes regarding telephone conversations, personal conversations, interviews, and meetings, and any and all other written, printed, typed, electronic, duplicated, reproduced, or other tangible matter in your possession, custody or control, including all copies and drafts which are not identical to the originals, such as those bearing marginal comments, alterations, notes, or other notations not present on the original Document as originally typed, written or otherwise prepared.

8.      "Gene Logic" means the entity referenced in the 2000 Agreement.

9.      "GeneExpress® Product," ███████████████████████████████

███████████████████████████████████████████████████████████

10.      "Gene Logic Software," ██████████████████████████████

███████████████████████████████████████████████████████████

2

11.    The terms "identify," "identification," or "identity" shall mean:

(a)    with respect to an individual person, to state his or her full name, full title with your company (if any), job responsibilities with your company (if any) , last known business and residential address, last known telephone number, current business occupation, and current employer;

(b)    with respect to a corporation or business organization, to state its full name and the full address of its main office;

(c)    with respect to a document (including a lien), to state the title and type of document, the name of the author of the document, the identities of all individuals who participated in the preparation of the document, the identities of each recipient, the date of preparation, a summary of the contents, the identity of the present custodian of the document, and the location, title and identification number of the file where the document is currently kept.

12.    The "Korea Research Institute of Bioscience and Biotechnology" or "KRIBB" shall mean and include the Korea Research Institute of Bioscience and Biotechnology, a government-funded research institute headquartered in Daejeon, South Korea, dedicated to biotechnology research, together with all of its current, past and future employees, past and present divisions, research centers, laboratories, departments, campuses, branches, institutes, programs, project groups, supporting organizations, and any other entities or affiliates that are owned, controlled, operated, managed, funded, or otherwise associated with KRIBB, whether directly or indirectly,

3

including but not limited to all predecessors under previous names and all current structures. This definition encompasses KRIBB's full historical and organizational scope, including:[1]

**Historical Names and Predecessors** — Any entity previously known as: the Genetic Engineering Research Center (established 1985 under KIST in Seoul); the Biotechnology Research Institute (name changed in 1995 as an independent legal entity); the Korea Biotechnology Research Institute (name changed in 2001); and any other prior designations or organizational forms before its current name as the Korea Research Institute of Bioscience and Biotechnology.

**Campuses and Branch Locations** — Headquarters (Daejeon, including facilities such as Human Gene Bank, Plant Extract Bank, and Korean Collection for Type Cultures (KCTC)); Ochang Branch Institute / Bio-Therapeutic Research Institute (Ochang Campus, Cheongju-si, Chungcheongbuk-do); Jeonbuk Branch Institute / Bio-Materials Research Institute (Jeongeup-si, Jeollabuk-do); and any other current or former branches, facilities, or research sites.

**Research Centers, Divisions, and Major Units** — All research centers, divisions, laboratories, and groups, including but not limited to: Biotherapeutics Translational Research Center; Digital Biotech Innovation Center; Genomic Medicine Research Center; Microbiome Convergence Research Center; Orphan Disease Therapeutic Target Research Center; Biodefence Research Center; Division of Future Biotechnology; Regenerative Medicine Research Center; Stem Cell Research Center (SCRC); Immunotherapy Convergence Research Group; Division of KRIBB Strategic Projects; Korea Biosafety Clearing House; Biotech Policy Research Center; Korean Bioinformation Center; National

---

[1] See https://www.kribb.re.kr/

4

Research Safety Headquarter; ABS Research Support Center; National Primate Research Center; and all other research centers, convergence research groups, translational research units, bioinformation centers, policy centers, biosafety units, and specialized laboratories.

**Supporting and Infrastructure Organizations** — All supporting entities, including but not limited to: infrastructure platforms for genomics, bioinformatics, cell biology, and microbiome studies; public research infrastructure in bioscience and biotechnology; collaborative project groups; international cooperation centers (e.g., Korea·China, Korea·Costa Rica, Korea·Indonesia, Korea·Vietnam biological material research centers); and any other administrative, policy, safety, or support divisions.

**Affiliated Entities and Collaborations** — Any wholly owned, operated, administered, or affiliated facilities, subsidiaries, joint ventures, consortia, or partner entities; all collaborations with industry, academia, government agencies, and international organizations for R&D projects; and any other associated foundations, incorporations, or entities that conduct, support, or are funded in connection with KRIBB's mission in bioscience, biotechnology, new drug discovery, biomaterials, integrated biotechnology, bioinformation, regenerative medicine, microbiome research, or related fields.

13.    The term "LGC Results" means ████████████████████████████

████████████████████████████████████

14.    "LG Chem Suite" means, ████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████

15.    "Ocimum" means plaintiff Ocimum Biosolutions (India) Limited, and its divisions, affiliates, parent or subsidiary corporations, officers, employees and agents, and includes its respective affiliates, predecessors or successors-in-interest, assigns, joint venturers, and former or present agents, including, but not limited to, consultants, experts, investigators, attorneys, accountants, officers, directors, employees, or representatives of any kind.

16.    The "Oncology Datasuite" means ████████████████████████████████████████ ████████████████

17.    "Person" shall mean any natural person, corporation, association, organization, partnership, or any other business enterprise, governmental body, group, business entity or other entity.

18.    "Prestige" means either of the defendants in C. A. No. 24-691-JHS.

19.    "Receipt" shall mean taking physical possession.

20.    "Regarding" and "relating to" means directing, referring to, relating to, regarding, constituting, comprising, containing, setting forth, summarizing, reflecting, stating, describing, recording, noting, embodying, mentioning, studying, analyzing, evidencing, discussing, supporting, refuting and/or evaluating.

21.    The term "Seoul National University" or "SNU" shall mean and include Seoul National University, a national research university headquartered in Seoul, South Korea, together with all of its current, past and future employees, past and present divisions, colleges, graduate schools, professional graduate schools, departments, majors, programs, research institutes, centers, laboratories, affiliated facilities, hospitals, schools, foundations, incorporations, cooperatives, subsidiaries, branches, supporting organizations, and any other entities or affiliates that are owned,

6

controlled, operated, managed, funded, or otherwise associated with Seoul National University, whether directly or indirectly, including but not limited to the following:[2]

**Colleges and Undergraduate Schools**: College of Liberal Studies (SNU College); College of Humanities (including Departments of Aesthetics, Archaeology and Art History, Asian History, Asian Languages and Civilizations, Chinese Language and Literature, English Language and Literature, French Language and Literature, German Language and Literature, Hispanic Language and Literature, Korean History, Korean Language and Literature, Russian Language and Literature, Linguistics, Philosophy, Religious Studies, and Western History); College of Social Sciences (including Departments of Anthropology, Communication, Economics, Geography, International Relations and Political Science, Psychology, Social Welfare, and Sociology); College of Natural Sciences (including Departments of Biological Sciences, Chemistry, Earth and Environmental Sciences, Mathematical Sciences, Physics and Astronomy, and Statistics); College of Agriculture and Life Sciences (including Departments of Agricultural Economics and Rural Development, Applied Biology and Chemistry, Biosystems and Biomaterials Science and Engineering, Food and Animal Biotechnology, Forest Sciences, and Plant Science); College of Business Administration (including Department of Business Administration); College of Education (including Departments of Biology Education, Chemistry Education, Earth Science Education, Education, English Language Education, Ethics Education, French Language Education, German Language Education, Geography Education, History Education, Korean Language Education, Mathematics Education, Physical Education, Physics Education, and Social Studies Education); College of

---

[2] *See* https://en.snu.ac.kr/

Engineering (including Departments of Architecture and Architectural Engineering, Chemical and Biological Engineering, Civil and Environmental Engineering, Computer Science and Engineering, Electrical and Computer Engineering, Energy Resources Engineering, Industrial Engineering, Materials Science and Engineering, Mechanical and Aerospace Engineering, Naval Architecture and Ocean Engineering, and Nuclear Engineering); College of Fine Arts (including Departments of Crafts and Design, Oriental Painting, Painting, and Sculpture); College of Human Ecology (including Departments of Clothing and Textiles, Consumer and Child Studies, and Food and Nutrition); College of Law; College of Medicine (including Departments of Pre-Medicine and Medicine); College of Music (including Departments of Composition (Composition/Theory), Instrumental Music (Piano, String, Wind and Brass), Korean Music, and Vocal Music); College of Nursing (including Department of Nursing); College of Pharmacy (including Departments of Pharmacy and Manufacturing Pharmacy); and College of Veterinary Medicine (including Departments of Pre-Veterinary Medicine and Veterinary Medicine).

**Graduate School**: The Graduate School, encompassing all graduate-level departments, majors, and programs corresponding to the undergraduate colleges listed above.

**Professional Graduate Schools**: Graduate School of Public Health; Graduate School of Public Administration; Graduate School of Environmental Studies; Graduate School of International Studies; School of Dentistry; Graduate School of Business; School of Law; Graduate School of Convergence Science and Technology; Graduate School of International Agriculture Technology; Graduate School of Engineering Practice; and Graduate School of Data Science.

8

**Research Institutions and Centers**: All university-level, college-level, and government-funded research institutes, including but not limited to the Institute for Peace and Unification Studies, Bio-MAX/N-Bio, Institute for Research in Finance and Economics, Institute for Sustainable Development, Institute of Greenbio Science Technology, AI Institute, Future Innovation Institute, Advanced Institute of Convergence Technology, Institute for Future Strategy, and all 74 college-affiliated research institutes and 64 government-funded research centers; as well as project groups such as Brain Korea 21 Groups.

**Affiliated Hospitals and Medical Facilities**: Seoul National University Hospital (including its Main Hospital branch in Jongno-gu, Seoul; Children's Hospital; Cancer Hospital; Bundang Hospital in Seongnam; Gangnam Center; and any other branches or centers); Seoul National University Dental Hospital; Boramae Hospital; National Transportation Rehabilitation Hospital; Veterinary Medical Teaching Hospital; and any other consigned, operated, or affiliated medical institutions, such as

22.   "Third party" means any person or entity other than LGC or Ocimum.

23.   "You" or "your" or "LGC" refers to defendant LG Chemical Ltd. and its divisions, affiliates, parent or subsidiary corporations, officers, employees and agents, and includes their respective affiliates, predecessors or successors-in-interest, assigns, joint venturers, and former or present agents, including, but not limited to, consultants, experts, investigators, attorneys, accountants, officers, directors, employees, or representatives of any kind.

9

## **Instructions**

1.     These topics seek full disclosure to the full extent allowed by the Federal Rules of Civil Procedure and shall be interpreted as inclusive rather than exclusive.

2.     In constructing these definitions and instructions: (a) the singular shall include the plural and the plural shall include the singular; (b) the masculine, feminine or neuter pronoun shall not exclude other genders; (c) the words "and" and "or" shall be read either disjunctively or conjunctively, so as to bring within the scope of the request all information that might otherwise be construed to be outside its scope; (d) the word "any" shall be read to mean each and every; (e) the terms "all" and "each" shall be construed as either all or each, so as to bring within the scope of the request all information that might otherwise be construed to be outside its scope; and (f) the word "including" shall be read to mean including, but not limited to.

3.     If you object to any topic on the basis of attorney-client privilege or the work product doctrine, identify the factual basis for the claim in sufficient detail so as to permit the Court to adjudicate the validity of the claim.

4.     Unless otherwise stated, the use of a verb in any tense shall be construed as the use of the verb in all other tenses as necessary to bring within the scope of the request all information that might otherwise be construed as outside its scope.

5.     To the extent that you consider any of the following topics objectionable, respond as to the remainder of the topic, and separately state the part of each topic to which you object and each ground for such objection.

6.     The use of any definition for the purposes of these topics shall not be deemed to constitute an agreement or acknowledgment on the part of Plaintiffs that such definition is accurate, meaningful or appropriate for any other purpose in this litigation.

10

## TOPICS OF EXAMINATION

### A. Litigation Hold Notices

1.    The timing and scope of all litigation holds issued for this case.

2.    Recipients of any litigation hold issued for this case.

3.    LGC's compliance with litigation holds issued for this case.

### B. Discovery Efforts:

4.    LGC's efforts to search for Discoverable Information in this case.

5.    Any contact that LGC had with any of the authors on the article titled "Identification of Novel Universal Housekeeping Genes by Statistical Analysis of Microarray Data" (Seram Lee, Minjoung Jo, Jungeun Lee, Sang Seok Koh, and Soyoun Kim) to obtain Discoverable Information for this case.

6.    Any contact that LGC had with any of the authors on the article titled "Identification of Novel Reference Genes Using Multiplatform Expression Data and Their Validation for Quantitative Gene Expression Analysis" (Mi Jeong Kwon, Ensel Oh, Seungmook Lee, Mi Ra Roh, Si Eun Kim, Yangsoon Lee, Yoon-La Choi, Yong-Ho In, Taesung Park, Sang Seok Koh, or Young Kee Shin) to obtain Discoverable Information for this case.

7.    Any contact that LGC had with any of the authors on the article titled "Expression profile of tight junction protein claudin 3 and claudin 4 in ovarian serous adenocarcinoma with prognostic correlation" (Mi Jeong Kwon, Ensel Oh, Seungmook Lee, Mi Ra Roh, Si Eun Kim, Yangsoon Lee, Yoon-La Choi, Yong-Ho In, Taesung Park, Sang Seok Koh, or Young Kee Shin) to obtain Discoverable Information for this case.

8.    Any contact that LGC had with any of the authors on the article titled "Newly Identified Cancer-Associated Role of Human Neuronal Growth Regulator 1 (NEGR1)" (Hyejin

Kim, Ji-Sook Hwang, Bogman Lee, Jinpyo Hong and Soojin Lee) to obtain Discoverable Information for this case.

9.      Any contact that LGC had with KRIBB to obtain Discoverable Information for this case.

10.     Any contact that LGC had with SNU to obtain Discoverable Information for this case.

11.     Your collection from ███████████████████████████████ referenced on LGC_000025487.

12.     Whether and when LGC informed its litigation counsel that Discoverable Information was being collected from Sang Seok Koh for this litigation.

13.     Whether litigation counsel provided guidance for LGC in collecting Discoverable Information from Sang Seok Koh for this litigation.

14.     Reasons LGC did not disclose its collection of Discoverable Information from Sang Seok Koh in 2020 to Ocimum's counsel until 2025 and 2026.

15.     LGC's collection of Discoverable Information from Sang Seok Koh.

16.     LGC's copying of Discoverable Information from Sang Seok Koh.

17.     LGC's loss of information collected from Sang Seok Koh.

18.     LG's preservation of Discoverable Information from Sang Seok Koh.

**C.      Reasons LGC Cancelled the 2000 Agreement Early and Intent to Misappropriate During the Agreement**

19.     LGC's reasons for cancelling the 2000 Agreement early.

20.     LG's communications and dealings with GL regarding termination of the 2000 agreement.

21.     Steps taken by LGC to comply with its termination requirements under the 2000 agreement.

22.     When LGC began discussions with Seoul National University about the collaboration referenced in the April 2003 slide presentation from LGC employee Young Woo Park, shown below, and whether these discussions began during the term of the 2000 Agreement.



13

23. ██████████████████████████████████████ shown in ABION_000210128 and 000210129.

**D. LGC's Antibody Library**

24. The "LG Antibody Library" referenced in the April 2003 slide presentation from LGC employee Young Woo Park (*see* OCIMUM-LGC_AGC-00261575):



LG ANTIBODY LIBRARY

HIGH QUALITY, ULTRADIVERSITY GENE POOL

100,000,000,000 TRANSFORMANTS

LG ANTIBODY LIBRARY & Related Platform Technology

LG GI Cancer Database
Gene Logic's Oncology Datasuite
Bioinformatics

Target Selection & Validation

Collaboration
서울대 암연구소
유전체 사업단

Therapeutic and diagnostic Antibody

25. The "Related Platform Technology" reference in the slide shown above (*see* OCIMUM-LGC_AGC-00261575).

14

26.    How the "LG Antibody Library & Related Platform Technology" were used with either of the LG GI Cancer Database, Gene Logic's Oncology Datasuite and/or Bioinformatics" for Target Selection & Validation (*see* slide below, OCIMUM-LGC_AGC-00261600):



27.    Any discussions with Abion, Gencurix, KRIBB, SNU, Prestige, or Rex Bio regarding the "LG Antibody Library."

28.    The project titled █████████████████████████████████████████ ████████████████████████ reflected in LGC_000025413-53 (machine translation shown below).



29.     Discussions with LGC[REDACTED]ABION_000386127, 000386165,  000386406,  000386481,  000386530,  000386619,  000386633,  000386635, 000386637,  000386644, 000386738, 000386745, 000386755, 000386758, 000386762, and 000386763.

**E. Transfer of LGC Employees to KRIBB and Other Places.**

30.     LGC's involvement in and reasons for[REDACTED]

[REDACTED]

31.     LGC's employees that left to conduct research involving LGC with any Third Party entities using genomic databases provided by LGC,[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

16

**F.  Agreements Between LGC and Third Parties Relating to LGC Databases/Oncology Datasuite**

32.    Agreements between LGC and KRIBB relating to any LGC employees transferring to or joining with KRIBB.

33.    Agreements between LGC and KRIBB relating to use of either ███████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

██████████████████████

34.    ██████████████████████████produced as LGC_000025485.

35.    ███████████referenced in LGC_000025493 (machine translation shown below).



36.    ███████████referenced in LGC_000025493 (machine translation shown below).

██████████████████████████████████

37.    Agreements between LGC and SNU relating to use of either ███████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

██████████████████████

38.    Agreements between LGC and any Third Party relating to use of either ███████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

██████████████████████

17

### G. Databases Created by LGC using the Oncology Datasuite

39. ███████████████████████████████ (see below)



LGC_000025517 machine translation.

*Microarray dataset*

Microarray gene expression data were obtained from the Cancer Genome Expression
Database of LG Life Sciences, Ltd., which integrates the GeneExpress Oncology Datasuite™
of Gene Logic Inc., and LG's Proprietary Cancer Genome Database based on the Affymetrix
Human Genome U133 (HG-U133) array set. Affymetrix GeneChip gene expression data
from 567 different samples representing 13 different tissues including brain, breast, colon,
esophagus, kidney, liver, lung, lymph node, ovary, pancreas, prostate, rectum, and stomach
were analyzed (Table S1). Probes for 44,760 different genes (a total of 44,928 probe sets)
were included in the Affymetrix data.

Supplemental Materials and Methods from the article titled "Identification of Novel Reference
Genes Using Multiplatform Expression Data and Their Validation for Quantitative Gene
Expression Analysis"

40. The ███████████████████

18

41.    The ▮▮▮▮▮▮▮▮▮▮ (*see* machine translation of LGC_000025486

shown below):



42.    The ▮▮▮▮▮▮

43.    The ▮▮▮▮▮▮▮▮▮▮

44.    ▮▮▮▮▮▮▮ (*see* machine translation of LGC_000025426 shown

below).



19

45. The ▮▮▮▮▮▮▮▮ referenced in LGC_000025485 (see machine translation below). ▮▮▮▮▮▮▮▮▮▮▮▮▮▮



46. LGC's financial or legal interest in any products or intellectual property relating to ▮▮▮▮▮▮▮▮

47. LGC's financial or legal interest in any products or intellectual property of ▮▮▮▮ ▮▮▮▮

48. The agreements between LGC and ▮▮▮▮ referenced in LGC_000025561-72.

49. ▮▮▮▮▮▮ referenced in LGC_000025573-75.

50. LGC's financial or legal interest in any products or intellectual property of Prestige Biopharma, Ltd.

**H. Use of LGC Databases/Oncology Datasuite for Research Projects, Including those Sponsored by the Korean Government.**

51. LGC's involvement in the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ as reflected in ABION_000204563.

52. LGC's involvement in the ███████████████████████████████ ████████████████ see LGC_000025576-83).

53. LGC's involvement in the ████ ██████ ████ ███████████ ███████████ ████████████████████████

54. LGC's involvement with the ████████████████████████████████ ██████████████████████████████████████████████████████ ██████████████████████████████████████

55. ████████████████████████ referenced in LGC_000025491-93.

56. █████████████████ referenced in LGC_000025491.

57. Use of the ████████████ referenced in LGC_000025491 for the ████████ █████████████████ referenced on LGC_000025491.

58. The ███████████ referenced in LGC_000025491, including whether ████ ██████████████████████████████████████████████████████ ██████████████████████████████████████████████████████ ██████████████████████████████████████████████████████ ██████████████████████████████████████████████████████ ████████████████████████████████████████

59. ████████████████████████████████████████████ referenced in LGC_000025491.

60. ████████████████████████████████████ ████████████████████ ██████████ ████████████████ ██████████████████████████████████████████████████████ ██████████████████████████████████████████████████████

 (*see* LGC

000002540-54, including ██████████████████ LGC_000003862-71).

61.    Use of the GeneExpress Oncology Datasuite™ of Gene Logic Inc., based on the

Affymetrix Human Genome U133 array set for research in the article titled "Expression profile of

tight junction protein claudin 3 and claudin 4 in ovarian serous adenocarcinoma with prognostic

correlation."

62.    Use of the ████████████████████████████████████████████

████████████████████████████████████████████████████████████

██████████████████████████ (see LGC_000002555-60 and below).

**Materials and Methods**

Data samples. The **Oncology Database of Gene Logic** contains the genomic
expression profiles of clinical tissue samples from many different human organs.
These profiles were originally generated using high-density oligonucleotide
microarray analysis (HG-U133; Affymetrix) of 281 normal tissue samples from 17
different organs, including breast (27), cervix (5), colon (26), duodenum (10),
endometrium (9), esophagus (14), kidney (29), liver (21), lung (32), lymph node
(5), myometrium (5), ovary (19), pancreas (19), prostate (15), rectum (18), skin (5),
and stomach (22) (numbers in parentheses indicate the number of normal tissue
samples analyzed). Normalized signals (expression values) were obtained using the
Microarray Suite 5.0 software (Affymetrix), which deletes the largest 2% and the
smallest 2% outliers, and the mean of the remaining values (trimmed mean) was
used to compute the scale factor (SF = 100/trimmed mean).

Statistical data analysis. Novel reference genes exhibiting little variation across
the 17 tissue sample sets were identified by comparing the geometric means of the
expression values in each sample set, **using the GeneExpress 2000 Software
Contrast Analysis** and Electronic Northern Analysis tools. Contrast analysis was
used to find genes that were similarly expressed across sample sets, while electronic
Northern analysis allowed us to infer the range of expression levels for each gene
in each sample set (Schmitt et al., 1999). Selected novel reference genes were
further evaluated by linear regression analysis (Analyzing Data with Graphical
Prism, GraphPad Software Inc.). Briefly, for each reference gene, the Fold Value
to Minimum (FVM) of each tissue sample set was obtained by dividing the
geometric mean of the sample set by the minimum among the 17 mean values.
Linear regression analysis was performed using the FVMs to generate slope and R2
values. A lower slope value indicated less variation in the expression of a given
gene across the 17 tissue sample sets. For individual tissue samples, linear
regression analysis was performed with FVMs calculated by dividing the

expression value of each tissue sample by the minimum among the 281 expression values.

63.    Use  (see LGC_000005107-17).

64.    The LGC databases described in the April 2003 slide presentation from LGC employee Young Woo Park, including (A) the Cancer Genome Expression Database of LG Life Sciences, (B) the Human Cancer Genome DB, (C) LG Cancer Genome Database, (D) the LG GI Cancer Database, and (E) the LGLS Proprietary Gastrointestinal Tract Cancer Genome DB (see OCIMUM-LGC_AGC-00261565- OCIMUM-LGC_AGC-00261600).

65.    The [redacted] referenced in OCIMUM-LGC_AGC-00261314 and OCIMUM-LGC_AGC-00274728.

66.  The ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

referenced in LGC_000025414, shown below.



67.  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮  when it was no longer available at the following web link
(http://cgeb.snu.ac.kr).

24

68. The ███████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████

69. Support that LGC has received from the Korean government for LGC's research and development projects.

70. Reasons that LGC ████████████████████████████████
████████████████████████████████████

71. The ████████████████ referenced in LGC 000025494 (machine translation shown below).



72. The ████████████████ referenced in in LGC 000025494 (machine translation shown below).

73. The '████████████████████████' referenced in LG_000025494.

25

74.    The⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛' referenced

in in LGC 000025494 (machine translation shown below).



75.    Support from the Korean government for research described in the article titled

"Expression profile of tight junction protein claudin 3 and claudin 4 in ovarian serous

adenocarcinoma with prognostic correlation" (see below):

> *Acknowledgements.* We are very grateful to Jung Sun Lee and Mee Young Sim for
> their technical assistance, including slide cutting and immunohistochemistry, and
> for the financial support of the Research Institute of Pharmaceutical Science. **This
> study was partly supported by a grant from the Korea Health 21 R&D Project
> of the Ministry of Health & Welfare, Republic of Korea (A050260) and the
> Korea Science and Engineering Foundation (M10529050001-06N2905-00110).**

76.    Support from the Korean government for research described in the article titled

"Identification of Novel Reference Genes Using Multiplatform Expression Data and Their

Validation for Quantitative Gene Expression Analysis" (see below):

> Funding: This study was supported by the Research Institute of Pharmaceutical
> Science, Korea Science and the Engineering Foundation (KOSEF) grant funded by
> the Korea government (MOST) (M10529050001-06N2905-00110 and
> M10729000029-07N2900-02910) and a grant from the Korea Health21 R&D
> Project of the Ministry of Health & Welfare (A050260). The funders had no role in
> study design, data collection and analysis, decision to publish, or preparation of the
> manuscript.

77.    The research collaboration proposed with Seoul National University in the April

2003 slide presentation from LGC employee Young Woo Park (see OCIMUM-LGC_AGC-

00261600).

26

78.    Grant FG03-32-02, FG07-32-02 and FG0S-32-02 of the 21C Frontier Functional Human Genome Project from the Ministry of Science and Technology of Korea as referenced in the article titled "Pancreatic adenocarcinoma up-regulated factor (PAUF), a novel up-regulated secretory protein in pancreatic ductal adenocarcinoma."

79.    ▆▆▆▆▆▆▆▆▆▆ referenced in production document LGC_000025454-84 and LGC_000025584-87.

80.    ▆▆▆▆▆▆▆▆▆▆ referenced in LGC_000025484 (machine translation below)▆▆▆▆▆▆▆▆▆▆▆



81.    ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

▆▆▆▆▆▆ referenced in LGC_000025579.

82.    LGC's involvement with ▆▆▆▆▆▆▆▆▆▆ referenced in LGC_000025576-83 and LGC_000025584-87.

83. ████████████████████████ referenced in LGC_000025578 (see machine translation below).



84.    The reasons that LBFL313 was no 

85.    ████████████████ referenced in LGC_000025413-53 (machine translation of first page shown below).



## I. LGC Cancer Research Collaborations

86.    LGC's collaboration with IONTAS for the discovery of therapeutic antibodies targeting undisclosed targets for use in the treatment of cancers.[3]

---

[3]    https://www.biospace.com/iontas-signs-collaboration-agreement-with-lg-chem-ltd-to-identify-therapeutic-oncology-leads ("IONTAS Limited (IONTAS), a leader in the discovery and optimization of fully human antibodies, today announced it has signed a collaboration agreement with Korean-based LG Chemical Ltd for the discovery of therapeutic antibodies targeting undisclosed targets for use in the treatment of cancers. Under the agreement IONTAS will use its proprietary antibody discovery platforms to deliver antibodies against biological targets selected by LG Chem, Ltd. and to further prove the biological activity of the antibodies.").

87.   LGC's involvement with Y-Biologics, including any license agreements relating to

use of either ██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████

█████████████████████████████████████████████

**J. Discussions with Abion and Gencurix**

88.   ████████████████████reflected in ABION_000196432-33.

89.   ██████████████████████████████referenced in ABION_000385399 (machine

translation shown below).



90.   █████████████████████referenced in ABION_196432-33.

91.   ██████████████████████████reflected in ABION_000048662.

92.  ██████████████████████████████████████████████████████████

ABION_000196432 (machine translation shown below) and ABION_000196433-98.



93.  ██████████████████ referenced in ABION_000196433



94.    Any discussion with Abion regarding use of the "GeneExpress Oncology Datasuite™ of Gene Logic Inc., based on the Affymetrix Human Genome U133 array set" referenced in PCT/KR2007/006890

95.   Any discussions with Abion regarding use of the "LG Database" referenced in PCT/KR2007/003202.

96.   ████████████████████████ reflected in ABION_000362103.

97.   ████████████████████ referenced in ABION_000368317 and 00036318.

98.   ████████████████ referenced in ABION_000368396.

99.   ████████████ referenced in ABION_000368754, including why ██████

████████████████████████████████████████████████

██████

100.   ████████████████████████████ reflected in ABION_000373808, 000373877, 000373945, 000373956, 000373596, 000386475 and 000386477.

101.   ████████████████████ in ABION_000378613.

102.   ████████████████████████████████████████ referenced in ABION_000385395-400.

### K. Alleged LGC Results

103.   LGC's understanding of the meaning of LGC Results.

104.   The date on which each and every LGC Result was generated.

105.   LGC's understanding of what it could retain from the Oncology Datasuite as LGC Results.

106.   What LGC retained from the Oncology Datasuite as LGC Results.

107.   ████████████████████████████████████████

████████████████

108.   ████████████████████████████████████████

████████████████



109.

110.

referenced in LGC_000025860 .

111. specified on LGC_000025923 – 26044 in

112.     The "List of the 17 tissue types and 32 cancer types in the HG-U133 array that were analyzed for CLDN3 and CLDN4 expression in this study" referenced in Table 1 of the article titled "Expression profile of tight junction protein claudin 3 and claudin 4 in ovarian serous adenocarcinoma with prognostic correlation."

113.     LGC's contention, if any, that data mining of the Oncology Datasuite, or information derived therefrom, constituted LGC Results.

114.     LGC's contention, if any, that data mining of the Oncology Datasuite, or information derived therefrom after 2003, constituted LGC Results.

115.     LGC's contention, if any, that activities of its employees Bogman Lee, Sang Seok Koh and Hyun-Ho Chung relating to                     constituted LGC Results.

116.     LGC's contention, if any, that                     constitutes LGC Results.

117.     LGC's contention, if any, that mining, extracting, downloading or taking "Base Information" from the Oncology Datasuite constitutes "LGC Results."

118.     Whether the data provided by LGC to                     represented "LG Results" and, if so, why they were shared with

119.    ▮▮ ▮▮▮▮▮▮ ▮▮▮▮▮▮) produced as LGC_000026322 – 26735 and LGC_00027594 – 00030486.

120.    The document produced as LGC_000016014.

121.    LGC documents or data retained by Dr. Sang Seok Koh after his employment with LGC ended.

122.    Any dissemination of data from the Oncology Datasuite by Dr. Koh to any third parties, either during or following his employment with LGC.

123.    Any written or verbal agreements or understandings between LGC and Dr. Koh regarding the use or dissemination of data from the Oncology Datasuite.

124.    All known uses of any data from the Oncology Datasuite after termination of the 2000 agreement.

125.    All Third Parties known or suspected to possess all or any part of data that LGC obtained from the Oncology Datasuite.