IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

OCIMUM BIOSOLUTIONS (INDIA)
LIMITED and Don A. Beskrone,
Chapter 7 Trustee of OCIMUM
BIOSOLUTIONS INC,

               Plaintiffs,

       v.

LG CHEMICAL LTD., ABION, INC.,
and GENCURIX, INC.,

               Defendants.

CIVIL ACTION
NO. 19-2227 (JHS)

## ORDER

**AND NOW**, this 9th day of June 2026, upon consideration of Defendant's LG Chemical Ltd.'s Motion to Compel (Doc. No. 352), it is **ORDERED** that Plaintiffs file a response to the Motion (Doc. No. 352) by June 15, 2026.  It is **FURTHER ORDERED** that the Motion (Doc. No. 352), including any Response or Reply to the Motion, are referred to Special Master Mark A. Aronchick, Esquire, for a Report and Recommendation on the Motion (Doc. No. 352).

BY THE COURT:

/s/ Joel H. Slomsky
_____
JOEL H. SLOMSKY, J.