IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

OCIMUM BIOSOLUTIONS (INDIA)
LIMITED and Don A. Beskrone,
Chapter 7 Trustee of OCIMUM
BIOSOLUTIONS INC,

          Plaintiffs,

    v.

LG CHEMICAL LTD., ABION, INC.,
and GENCURIX, INC.,

          Defendants.

CIVIL ACTION
NO. 19-2227 (JHS)

## ORDER

**AND NOW**, this 27th day of June 2026, upon consideration of the Report and Recommendation of Special Master Mark A. Aronchick, Esquire (Doc. No. 387), it is **ORDERED** that objections to the Report and Recommendation (Doc. No. 387) must be filed by July 3, 2026.[1]

BY THE COURT:

/s/ Joel H. Slomsky

JOEL H. SLOMSKY, J.

---

[1] Because the Report and Recommendation concerns materials that may be relevant to the upcoming depositions scheduled for next month (see Doc. No. 387 at 17), the Court will shorten its default 10-day response period for objections to be filed, and instead require parties to file objections by July 3, 2026.