IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

OCIMUM BIOSOLUTIONS (INDIA)
LIMITED and Don A. Beskrone,
Chapter 7 Trustee of OCIMUM
BIOSOLUTIONS INC,

          Plaintiffs,

    v.

LG CHEMICAL LTD., ABION, INC.,
and GENCURIX, INC.,

          Defendants.

CIVIL ACTION
NO. 19-2227 (JHS)

## ORDER

**AND NOW**, this 1st day of July 2026, upon consideration of Plaintiff's Motion to Compel Privileged Communications Relating to Defendant LG Chemical Ltd.'s Litigation Hold, and Collection and Preservation of Evidence in this Case (Doc. No. 391), it is **ORDERED** that Defendant LG Chemical Ltd. file a response to the Motion by July 7, 2026. It is **FURTHER ORDERED** that the Motion (Doc. No. 391), including any Response or Reply to the Motion, is referred to Special Master Mark A. Aronchick, Esquire, for a Report and Recommendation on the Motion (Doc. No. 391).

BY THE COURT:

/s/ Joel H. Slomsky
_____
JOEL H. SLOMSKY, J.