## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

OCIMUM BIOSOLUTIONS, (INDIA) LIMITED
and Don A. Beskrone, Chapter 7 Trustee of
OCIMUM BIOSOLUTIONS INC.

       Plaintiffs,

       v.

LG CHEMICAL LTD, ABION, Inc., and
GENCURIX, Inc.

       Defendants.

:
:
:
:  Civil Action No. 19-2227-JHS
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER OF THE SPECIAL MASTER

AND NOW, this 2nd day of July, 2026, pursuant to the Court's Order appointing me as Special Master in the above captioned case [Dkt. 260], and the Court's Order assigning to me for a report and recommendation Plaintiffs' Motion to Compel Privileged Communications Relating to Defendant LG Chemical Limited's Litigation Hold, and Preservation of Evidence in this Case [Dkts. 391, 394], it is hereby **ORDERED** that a hearing before the Special Master is scheduled for July 8, 2026, at 2:30 p.m., via videoconference, with a link to be provided to counsel for the parties by the Special Master prior to the hearing. It is hereby **FURTHER ORDERED** that:

1. At least one attorney for Plaintiffs and one attorney for LG Chemical, Ltd. ("LG Chemical") must attend the hearing. Attorneys for Defendants Abion, Inc. and Gencurix, Inc. are permitted but not required to attend the hearing. Each party attending the hearing should designate one principal spokesperson, whose identity should be provided to all parties and the Special Master by e-mail by 5:00 p.m. on July 7.

2. The parties shall arrange for a court reporter to attend the hearing, who will be physically present at the offices of Hangley Aronchick Segal Pudlin Schiller, P.C., One Logan Square, Philadelphia, PA 19103, with the Special Master. The court reporter should arrive at least a half-hour in advance of the hearing.

3. LG Chemical shall file and serve on the Special Master any response to the Motion by 12:00 p.m. on Tuesday, July 7, consistent with the Court's Order. Any further reply from Plaintiffs shall be filed and served on the Special Master by 5:00 p.m. the same day. The parties are advised to be mindful of their obligations to maintain confidentiality of and/or file under seal any documents or exhibits, consistent with the Protective Order. [Dkt. 218.]

4. If any party intends to mark any exhibits during the hearing, those exhibits should be pre-marked, with three printed copies provided to the Special Master, and one to each of the

designated spokespersons for Plaintiffs and LG Chemical, by 10:00 a.m. on July 8. Plaintiffs shall mark exhibits beginning from Ex. 200. LG Chemical shall mark exhibits beginning from Ex. 300.

5. The parties shall be mindful of the Court's Order [Dkt. 393] that, among other things, denies Plaintiffs' request for an accounting of the provenance of "Koh Disk" documents and orders that issues concerning the same are to be resolved through discovery through the end of the discovery period (including the depositions scheduled in Taiwan in July). [Dkt. 343.] The Special Master does not intend to resolve those issues at this hearing, unless the parties jointly agree that all discovery on those issues has been completed. If such a joint agreement has been reached, the parties shall advise the Special Master in writing by no later than 12:00 p.m. on Tuesday.

6. Assuming that discovery on the provenance of "Koh Disk" documents has not been completed, the focus of the Special Master's hearing will be on the privilege waiver issues (if any) raised in the Motion concerning LG Chemical's litigation hold.

Dated: July 2, 2026                           BY THE SPECIAL MASTER:


By: _____

_____
Mark A. Aronchick
Hangley Aronchick Segal Pudlin & Schiller
Attorney I.D. No. 20261
maronchick@hangley.com
One Logan Square, 27th Floor
Philadelphia, PA  19103-6933
Office: (215) 496-7002  Cell: (215) 317-7002