**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| OCIMUM BIOSOLUTIONS (INDIA) LIMITED AND DON A. BESKRONE, CHAPTER 7 TRUSTEE OF OCIMUM BIOSOLUTIONS INC., | ) | C.A. No. 19-2227-JHS |
| Plaintiffs, | ) | **JURY TRIAL DEMANDED** |
| v. | ) | |
| LG CHEM, LTD, ABION, INC. and GENCURIX, INC., | ) | |
| Defendants. | ) | |

**STIPULATION AND [PROPOSED] ORDER**
**TO EXTEND EXPERT REPORT DEADLINES**

IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel for the parties and subject to the approval of the Court, that the following deadline in the Scheduling Order (D.I. 356) is extended as follows:

| | **Current Deadline** | **Proposed New Date** |
|---|---|---|
| Rebuttal Expert Reports | October 27, 2026 | October 29, 2026 |

No other deadlines in the Scheduling Order are impacted by this Stipulation.

CROSS & SIMON, LLC

By: */s/ Kevin S. Mann*
Christopher P. Simon (#3697)
Kevin S. Mann (#4576)
1105 North Market Street, Suite 901
P.O. Box 1380
Wilmington, DE 198099
Tel: (302) 777-4200
csimon@crosslaw.com
kmann@crosslaw.com

*Attorneys for Plaintiffs*

POTTER ANDERSON & CORROON LLP

By: */s/ David E. Moore*
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com

*Attorneys for Defendant LG Chem, Ltd.*

Dated: October 26, 2026
15001987 / 20212.00002

SO ORDERED this ____ day of October 2026

______________________________
The Honorable Joel H. Slomsky