IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OCIMUM BIOSOLUTIONS (INDIA) LIMITED, et al.,<br><br>Plaintiffs,<br>v.<br><br>LG CHEMICAL LTD., et al,<br><br>Defendants. | CIVIL ACTION<br>NO. 19-2227-JHS |

**ORDER**

**AND NOW,** this 9th day of November 2026, upon consideration of Plaintiffs' Renewed Motion to Compel (Doc. No. 423), Defendants' Response in Opposition (Doc. No. 426), Defendant LG Chemical Ltd.'s Response in Opposition (Doc. No. 428), Plaintiffs' Reply (Doc. No. 437), the Report and Recommendation of the Special Master Mark Aronchick, Esquire, on the Motion to Compel (Doc. No. 447), Plaintiffs' Objections to the Report and Recommendation (Doc. No. 451), and Defendants' Response to Plaintiffs' Objections (Doc. No. 456), it is **ORDERED** that the Special Master's Report and Recommendation (Doc. No. 447) is **APPROVED** and **ADOPTED**.[1] It is **FURTHER ORDERED** as follows:

[1] On July 31, 2026, Plaintiffs filed a Motion to Compel (Doc. No. 423). On August 4, 2026, Plaintiffs' Motion to Compel was referred to Special Master Mark Aronchick for Report and Recommendation ("R&R"). (Doc. No. 424). The Order referring the Motion to a Special Master states: "The Parties shall have ten (10) days to file Objections to the Report and Recommendation, and the Parties shall have ten (10) days from the filing of the Objections to file Responses." (Id.) On October 5, 2026, the Special Master issued a R&R recommending that the Court grant Plaintiffs' Motion to Compel in part. (Doc. No. 447 at 1.) Twenty-one days later, on October 26, 2026, Plaintiffs filed Objections to the R&R (Doc. No. 451). On November 6, 2026, Defendants filed a Response to Plaintiffs' Objections (Doc. No. 456).

Plaintiffs' objections to the R&R are untimely and need not be considered. Atcom Support LP v. Maria, No. 15-28, 2016 WL 5867407, at *1 (D. Del. Oct. 4, 2016) (refusing to consider objections not timely filed). While the Court declines to consider Plaintiffs' objections, the

1. Plaintiffs' Renewed Motion to Compel Production of LG Chemical Ltd.'s Withheld Communications Concerning the Collection of Evidence from Dr. Sang Seok Koh (Doc. No. 423) is **GRANTED in part**.
2. LG Chemical, Ltd. ("LG Chemical") is directed to produce any written instructions provided to Dr. Sang Seok Koh, Hyunyim Kim, Eunjoong Kim, and Jisun Jeon, concerning the preservation of files in Dr. Koh's possession, custody, or control, in or about December 2019 through January 2020, and follow-up communications concerning the same.
3. To the extent LG Chemical redacts or withholds any such documents from production on the basis of the attorney-client privilege or work product protection, it shall prepare a specific log and transmit such a log with its production. A copy of the log shall also be provided to the Special Master for in camera review.
4. Pursuant to Fed. R. Evid. 502(d), LG Chemical's production of such documents shall not be deemed to effect a waiver of any attorney-client privilege or work product protection privilege applicable to any other documents in LG Chemical's possession, custody, or control.
5. All other relief sought in the Motion (Doc. No. 423) is **DENIED**. The Clerk of Court shall close Doc. Nos. 423 and 447 on the docket.

BY THE COURT:

/s/ Joel H. Slomsky

JOEL H. SLOMSKY, J.

---

Court has corrected two typographical errors in the Special Master's proposed Order: (1) the spelling of Hyunyim Kim and Eunjoong Kim's names, and (2) the proposed Order's reference to Federal Rule of Civil Procedure 502(d) instead of to Federal Rule of Evidence 502(d). Therefore, the R&R (Doc. No. 451) will be adopted.