**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| OCIMUM BIOSOLUTIONS (INDIA) LIMITED AND DON A. BESKRONE, CHAPTER 7 TRUSTEE OF OCIMUM BIOSOLUTIONS INC., | ) | C.A. No. 19-2227-JHS |
| Plaintiffs, | ) | **JURY TRIAL DEMANDED** |
| v. | ) | |
| LG CHEM, LTD, ABION, INC. and GENCURIX, INC., | ) | |
| Defendants. | ) | |

**STIPULATION AND ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiffs and Defendant LG Chem, Ltd. ("LG Chem"), subject to the approval of the Court, that the deadline for LG Chem to file a public version of its Response to Plaintiffs' Objections (D.I. 456) to the Report and Recommendations of Special Master (D.I. 447) shall be extended to November 17, 2026.

CROSS & SIMON, LLC

By: */s/ Kevin S. Mann*
Christopher P. Simon (#3697)
Kevin S. Mann (#4576)
1105 North Market Street, Suite 901
P.O. Box 1380
Wilmington, DE 198099
Tel: (302) 777-4200
csimon@crosslaw.com
kmann@crosslaw.com

*Attorneys for Plaintiffs*

POTTER ANDERSON & CORROON LLP

By: */s/ David E. Moore*
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com

*Attorneys for Defendant LG Chem, Ltd.*

Dated: November 13, 2026
15028736 / 20212.00002

APPROVED: November 16, 2026

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.