**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| OCIMUM BIOSOLUTIONS (INDIA) LIMITED AND DON A. BESKRONE, CHAPTER 7 TRUSTEE OF OCIMUM BIOSOLUTIONS INC., | ) | C.A. No. 19-2227-JHS |
| Plaintiffs, | ) | **JURY TRIAL DEMANDED** |
| v. | ) | |
| LG CHEM, LTD, ABION, INC. and GENCURIX, INC., | ) | |
| Defendants. | ) | |

**NOTICE OF DEPOSITION**

To: Robert Powell
C. Edward Polk, Jr.
POLK LAW PLLC

Pursuant to Federal Rules of Civil Procedure 26(b)(4)(A) and 30(b)(1), Defendant LG Chemical Ltd. ("LG Chem"), by and through its attorneys, gives notice that it will take the deposition by oral examination under oath of Robert Powell.

The deposition shall take place on Thursday, December 3, 2026, beginning at 10:00 a.m. EST, or another mutually agreeable date and time, at 2451 Crystal Drive, 6th Floor, Arlington, VA 22202 before a court reporter, notary public, or other person authorized by law to administer oaths or persons agreed upon by the parties, and shall continue thereafter from day to day until completed. The deposition will be taken before an officer authorized by law to administer oaths and will be recorded by any means permitted under the Federal Rules of Civil Procedure, including by stenographic means and videotaping.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

By: */s/ David E. Moore*
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com

*Attorneys for Defendant LG Chem, Ltd.*

OF COUNSEL:

Jamaica P. Szeliga
Elissa Brockbank Reese
Susan M. Sajadi
Christopher L. Meazell
POTOMAC LAW GROUP, PLLC
1717 Pennsylvania Avenue NW, Suite 1025
Washington, DC 20006

Susan V. Metcalfe
Eliza Hall
POTOMAC LAW GROUP, PLLC
630 Freedom Business Center Drive, Floor 3
King of Prussia, PA 19406

Dated: November 17, 2026
15032541 / 20212.00002