**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| OCIMUM BIOSOLUTIONS (INDIA) LIMITED AND DON A. BESKRONE, CHAPTER 7 TRUSTEE OF OCIMUM BIOSOLUTIONS INC., | ) | C.A. No. 19-2227-JHS |
| Plaintiffs, | ) | **JURY TRIAL DEMANDED** |
| v. | ) | |
| LG CHEM, LTD, ABION, INC. and GENCURIX, INC., | ) | |
| Defendants. | ) | |

**STIPULATION AND ORDER FOR**
**ENLARGEMENT OF PAGE LIMITS ON SUMMARY JUDGMENT BRIEFING**

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiffs and Defendant LG Chem, Ltd., subject to the approval of the Court, that the page limits for the parties' summary judgment briefing be extended to 50 pages for opening briefs, 50 pages for answering briefs, and 20 pages for reply briefs.

CROSS & SIMON, LLC

By: */s/ Kevin S. Mann*
Christopher P. Simon (#3697)
Kevin S. Mann (#4576)
1105 North Market Street, Suite 901
P.O. Box 1380
Wilmington, DE 198099
Tel: (302) 777-4200
csimon@crosslaw.com
kmann@crosslaw.com

*Attorneys for Plaintiffs*

Dated: November 25, 2026
15042680 / 20212.00002

POTTER ANDERSON & CORROON LLP

By: */s/ David E. Moore*
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com

*Attorneys for Defendant LG Chem, Ltd.*

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.

APPROVED: November 25, 2026